```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF KENTUCKY
                       CENTRAL DIVISION at LEXINGTON
```

HILDIBERTO SANCHEZ,             )
                                )
     Plaintiff,                 )
                                )          Civil Case No.
v.                              )          13-CV-320-JMH
                                )
MI MEXICO OF GEORGETOWN,        )
INC., et al.                    )      **MEMORANDUM OPINION & ORDER**
                                )
     Defendants.

                                *** 

The Court being adequately advised, **IT IS ORDERED:**

(1) That Defendant's Motion to Seal [DE 53] its Motion to Seal or Strike Notices of Satisfaction [DE 54] is **GRANTED;**

(2) That the Clerk shall **SEAL** Defendant's Motion to Seal or Strike Notices of Satisfaction [DE 54];

(3) That Defendant's Motion to Seal or Strike Notices of Satisfaction [DE 54] is **GRANTED;**

(4) That the Clerk shall **SEAL** the Notices found at DE 51 and 52 in the record of this matter, in order to avoid a breach of the confidentiality provision of the parties' settlement agreement; and

(5) that the parties shall comply with the Court's December 18, 2014 Order [DE 50], requiring them to advise the Court of satisfaction of the settlement in this matter, by submitting a single notice of settlement to the Court only after

1

all obligations contemplated by the settlement obligation are fulfilled. The notice shall be limited to the fact of the satisfaction of all settlement obligations with no additional information set forth.

**IT IS FURHTER ORDERED:**

(6) That, while the Court retains jurisdiction over the settlement proceedings, the Clerk shall **STRIKE THIS MATTER FROM THE ACTIVE DOCKET** since there is no request for relief for the Court to resolve at this time. Should the parties require action on the part of the Court, they may ask the Court to return the matter to the active docket at that time.

This the 24th day of July, 2015.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge